# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JOSEPH ROTHENBECKER, JR. and SHEILA ROTHENBECKER, his wife, | NO. 3:17-CV-0585 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| 3M COMPANY, | |
| Defendant. | |

### **ORDER**

**NOW**, this 15th day of June, 2018, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (Doc. 18) filed by 3M Company is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge