UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JOSEPH ROTHENBECKER, JR. and SHEILA ROTHENBECKER, his wife,<br><br>                    Plaintiffs,<br>v.<br><br>3M COMPANY<br><br>                    Defendant. | CIVIL ACTION NO. 3:17-cv-00585<br><br>(JUDGE CAPUTO) |

## ORDER

**IT IS HEREBY ORDERED,** this case is dismissed with prejudice. The Court will maintain jurisdiction until the parties report the terms of the settlement agreement are met.

**SO ORDERED,** this the 11th day of October, 2018

_____
A. Richard Caputo
United States District Judge